Laurence M. Rosen, Esq. (SBN 219683)
THE ROSEN LAW FIRM, P.A.
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Lead Plaintiff Juliann Travis*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIANN TRAVIS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>          Plaintiff,<br><br>   v.<br><br>AEROJET ROCKETDYNE HOLDINGS, INC., EILEEN P. DRAKE, KATHLEEN E. REDD, AND SCOTT J. SEYMOUR<br><br>          Defendants. | No. 2:16-cv-00961 FMO<br><br>CLASS ACTION<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**<br><br>Judge: Hon. Fernando M. Olguin |

Lead Plaintiff Juliann Travis hereby files this notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Defendants have not filed an Answer or moved for summary judgment. A class has not been certified. Plaintiff has not previously dismissed an action based on or including the same claims as presented in this instant action. This dismissal is without prejudice.

Dated: May 20, 2016        **THE ROSEN LAW FIRM, P.A.**

                By:___/s/ Laurence Rosen_____

Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Lead Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Laurence Rosen, hereby declare under penalty of perjury as follows:

I am an attorney with The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA, 90071. I am over the age of eighteen.

On May 20, 2016, I electronically filed the foregoing NOTICE OF VOLUNTARY DISMISSAL with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to counsel of record.

Executed on May 20, 2016

/s/ Laurence Rosen
Laurence Rosen